IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONZELL GREEN,  No. C-09-2490 TEH (PR)

        Petitioner,

    v.

JAMES WALKER, Warden,  ORDER OF DISMISSAL

        Respondent.

        Petitioner, a state prisoner currently incarcerated at California State Prison, Sacramento and a frequent litigant in this Court, has filed a second or successive Petition for a Writ of Habeas Corpus under 28 U.S.C. section 2254 challenging a 1991 judgment from Alameda County Superior Court. Doc. #1.

        In response to Petitioner's fourth habeas petition filed in this Court, No. C-00-4615 TEH (PR), the Court noted in its Order of Dismissal:

> This action is not [Petitioner's] first challenge to his 1991 Alameda County Superior Court conviction for first degree murder. His opposition brief explains that this is his fourth habeas action concerning the same

> conviction. [Petitioner's] first habeas petition in this court, <u>Green v. Pelican Bay State Prison</u>, No. C-92-1977 TEH, was dismissed as frivolous. [Petitioner's] second habeas petition in this court, <u>Green v. Marshall</u>, No. C-94-1658 TEH, was dismissed for failure to prosecute. [Petitioner's] third habeas petition in this court, <u>Green v. Henry</u>, No. C-98-803 TEH, was dismissed as untimely filed and as a successive petition filed without appellate court permission. After that third dismissal, [Petitioner] made four applications to the United States Court of Appeals for the Ninth Circuit to try to obtain permission to file a second or successive petition. All four applications were denied. [Citation].

See <u>Green v. Ortiz</u>, No. C-00-4615 TEH (PR), Doc. #11 (June 6, 2001 Order of Dismissal). On December 13, 2007, this Court dismissed another federal petition challenging the same judgment because Petitioner again failed to obtain appellate court permission to file a second or successive petition. See <u>Green v. Walker</u>, No. C-07-6097 TEH (PR), Doc. #3.

A second or successive petition may not be filed in the district court unless the petitioner first obtains from the appropriate federal court of appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained an order from the Ninth Circuit authorizing this court to consider his current petition. Accordingly, the petition is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

//
//
//

2

The Clerk shall terminate any pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   06/11/09              *Thelton E. Henderson*
                              **THELTON E. HENDERSON**
                              **United States District Judge**

`G:\PRO-SE\TEH\HC.09\Green-09-2490-dismissal-successive.wpd`

3